# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States v. Thomas _____ Docket No.: 26-02064 _____

Lead Counsel of Record (name/firm) or Pro se Party (name): William Miles Hughes, American Civil Liberties Union Foundation ____

Appearance for (party/designation): Intervenor-Defendants/Appellees _____

## DOCKET SHEET   KN   LE   MENT   MEN   MENT

**Caption as indicated is:**
- [✓] Correct
- [ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation is:**
- [✓] Correct
- [ ] Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
- [ ] Incorrect.   Please change the following parties' designations:
    Party                                    Correct Designation

**Contact Information for Lead Counsel/Pro Se Party is:**
- [✓] Correct
- [ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.   The short title, docket number, and citation are:_____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____OR that [ ] I applied for admission on_____or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:_____
Type or Print Name: William Miles Hughes _____
            OR
Signature of pro se litigant: _____
Type or Print Name:_____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.