## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Thomas                          Docket No.: 26-2064

Lead Counsel of Record (name/firm) or Pro se Party (name): Aria C. Branch, Elias Law Group LLP

Appearance for (party/designation): Defendant-Appellees SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, and Bette Marafino

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☐) Correct
(☑) Incorrect. A Motion to Amend the Caption is forthcoming.

**Appellate Designation** is:
(☐) Correct
(☐) Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
(☑) Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, and Bette Marafino | Intervenor-Defendant-Appellees |

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Aria C. Branch
Firm: Elias Law Group LLP
Address: 250 Massachusetts Avenue NW, Suite 400
Telephone: (202) 948-1135          Fax: (202) 312-5904
Email: abranch@elias.law

## RELATED CASES

(☑) This case has not been before this Court previously.
(☐) This case has been before this Court previously. The short title, docket number, and citation are: _____

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
_____ OR that (☐) I applied for admission on _____ or renewal on
_____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _Aria CB_
Type or Print Name: Aria C. Branch
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.