# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of August, two thousand twenty-six.

---

| | |
|---|---|
| United States of America,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Stephanie Thomas,<br><br>Defendant - Appellee,<br><br>Claire Ewing, Common Cause, SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino,<br><br>Intervenor-Defendants - Appellees. | **ORDER**<br><br>Docket No. 26-2064 |

---

Appellees SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, and Bette Marafino move the Court to correct the caption to reflect that they are “Intervenor-Defendants-Appellees.” Appellant consents to this motion.

IT IS HEREBY ORDERED that the motion is GRANTED. The caption shall be amended to conform with the caption set forth above.

For the Court:
Catherine O’Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe