**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-2064

Caption [use short title]

United States of America v. Thomas

**Motion for:** Extension of time to file briefs of all Intervenors-Defendants-Appellees

Set forth below precise, complete statement of relief sought:

All Intervenors-Defendants-Appellees jointly seek a two-week extension of time to file their principal briefs, which would align their deadlines with the deadline currently in place for Defendant-Appellee Secretary Thomas (November 12, 2026).

**MOVING PARTY:** All Intervenors-Defendants-Appellees

**OPPOSING PARTY:** United States of America

[ ] Plaintiff [ ] Defendant

[ ] Appellant/Petitioner [x] Appellee/Respondent

**MOVING ATTORNEY:** Aria C. Branch

**OPPOSING ATTORNEY:** James Thomas Tucker

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Elias Law Group LLP, 250 Massachusetts Ave NW, Ste. 400, Washington, DC 20001 | U.S. Department of Justice, 4 Constitution Square, 150 M. Street N.E., 7th Floor, Washington, DC 20530 |
| (202) 948-1135 | (202) 307-2767 |
| abranch@elias.law | james.t.tucker@usdoj.gov |

Court- Judge/ Agency appealed from: Judge Kari A. Dooley, U.S. District Court for the District of Connecticut

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes [ ] No (explain): ____________

Opposing counsel's position on motion:
[x] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [x] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No

Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: ____________

Is the oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [x] No If yes, enter date: ____________

**Signature of Moving Attorney:** ____________ **Date:** 10-02-2026 Service : [x] Electronic [ ] Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>STEPHANIE THOMAS, in her official capacity as Secretary of State for the State of Connecticut,<br><br>*Defendant-Appellee*,<br><br>and<br><br>SEIU DISTRICT 1199NE, CONNECTICUT ALLIANCE FOR RETIRED AMERICANS, CONNECTICUT CITIZEN ACTION GROUP, BETTE MARAFINO, CLAIRE EWING, and COMMON CAUSE<br><br>*Intervenors-Defendants-Appellees*. | No. 26-2064 |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS OF ALL INTERVENORS-DEFENDANTS-APPELLEES**

Intervenors-Defendants-Appellees SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Claire Ewing, and Common Cause ("Intervenors-Appellees") respectfully file this

joint motion pursuant to Federal Rule of Appellate Procedure 27 and Second Circuit Local Rules 27.1(f) and 31.2(c) for a two-week extension of time to file their merits briefs, which would conform their deadlines with the deadline this Court has set for Appellee Stephanie Thomas. *See* Dkt. No. 61.

When this Court initially set the briefing schedule, it provided that all Appellees' briefs would be due on the same date. *See* Dkt. No. 50. In light of this Court's decision to grant a two-week extension to Appellee Stephanie Thomas, Intervenors-Appellees respectfully request that the same deadline, November 12, be set for their merits briefs. Appellee Stephanie Thomas takes no position. Plaintiff-Appellant United States requested that Intervenors-Appellees state its position as follows: "In light of the Court's order granting Secretary Thomas until November 12 to file her response brief, the United States does not object to the Intervenors-Defendants-Appellees' motion for an identical November 12 deadline to file their response briefs." Plaintiff-Appellant does not intend to file a response to this motion. This is the first motion for an extension of time for all Intervenors-Appellees.

An extension is warranted because Appellee Stephanie Thomas's deadline has been extended and it would serve the interests of judicial efficiency for all appellees to file their briefs on the same date. Furthermore, Intervenors-Appellees' current deadline, like Appellee Thomas's original deadline, is just a few days before the general election on November 3. Counsel for Intervenors-Appellees conduct

substantial amounts of voting rights and election law litigation in courts around the country and therefore anticipate having multiple deadlines on or around election day in other cases. Granting the motion will not prejudice the United States or delay the disposition of this case in any way, as the deadline for the United States' reply brief is based on the "filing of the last appellee's brief," and will therefore be due on November 26 regardless of whether this motion is granted or denied. L.R. 31.2(b)(3)(C).

Accordingly, Intervenors-Appellees respectfully request that the Court set November 12 as their response brief deadline.

Dated: October 2, 2026

Respectfully submitted,

/s/ *Aria C. Branch*
Aria C. Branch
Joshua C. Abbuhl
Julianna D. Astarita
Tori A. Shaw
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Ste. 400
Washington, DC 20001
Tel.: (202) 948-1135

*Counsel for SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino*

William Hughes
Theresa J. Lee

Sophia Lin Lakin
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

Dan Barrett
Joseph Gaylin
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF CONNECTICUT**
P.O. Box 230178
Hartford, CT 06123
(860) 471-8471

*Counsel for Common Cause and Claire Ewing*

**CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A), because, excluding exempted portions, it contains 364 words. This document also complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font using Microsoft Word Version 2607.

Dated: October 2, 2026

*/s/ Aria C. Branch*
Aria C. Branch