**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

Date: November 16, 2026
Docket #: 26-2064
Short Title: United States of America v. Thomas

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 3:26-cv-21
DC Court: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Kari A. Dooley

## NOTICE OF DEFECTIVE FILING

On November 12, 2026 the Brief, on behalf of the Appellee Stephanie Thomas, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
______ Missing motion information statement *(T-1080 - Local Rule 27.1)*
______ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
______ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
______ Improper proof of service *(FRAP 25)*
    ______ Missing proof of service
    ______ Served to an incorrect address
    ______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
______ Failure to submit document in digital format *(Local Rule 25.1)*
______ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
______ Failure to file special appendix *(Local Rule 32.1)*
___X___ Defective cover *(FRAP 32)*
    ___X___ Incorrect caption *(FRAP 32)*
    ______ Wrong color cover *(FRAP 32)*
    ______ Docket number font too small *(Local Rule 32.1)*
______ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
______ Incorrect font *(FRAP 32)*
______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
______ Untimely filing
______ Incorrect Filing Event

__X____ Other: **When re-filing the brief select the Filing Event: Brief Filed. Please see the correct caption below.**

**United States of America,**

**Plaintiff - Appellant,**

**v.**

**Stephanie Thomas,**

**Defendants - Appellees,**

**Claire Ewing, Common Cause, SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino,**

**Intervenor-Defendants - Appellees.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than November 18, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8523.